RECEIVED ::::
U.S.D.C. - Atlanta
OCT 10 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FYR SFR BORROWER, LLC
P.O. Box 451027
Atlanta, GA. 31145

**Plaintiff,**

Vs.

SAMANTHA HANNAH HARDY
SEAN COREY ARNOLD
CHARLES FREEMAN
And all others

**Defendant,**

**Petitioner**
Intervener pursuant to OCGA 9-11-24

FEDERAL COURT
CASE NO. 1:25-CV-5833

Cross Reference to Magistrate
Court: 2025CM21079

### PETITION FOR REMOVAL OF ACTION
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.

COMES NOW Samantha Hannah Hardy, Sean Corey Arnold, Charles

Freeman and all others, petitioner as above stated and petitions this court for

removal of action from the Magistrate Court of Clayton County. This petition is set forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Clayton County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Clayton County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Clayton County.
2. This honorable Court afford adequate discovery.

3. This honorable Court relief this Court deems just and proper.

## VERIFICATION
### (Affidavit)

The undersigned Affiant Sean Corey Arnold, Charles Freeman, Samantha Hannah Hardy and all other Defendant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

_____
Petitioner
Sean C. Arnold

_____
Petitioner
Samantha H. Hardy

# MAGISTRATE COURT OF CLAYTON COUNTY
DISPOSSESSORY PROCEEDING

Clerk of Magistrate Court
9151 Tara Boulevard
Room 2TC08
Jonesboro, GA 30236-4912

EFILED
CLAYTON COUNTY, GA
8/27/2025 5:37 PM
Chanae Q. Gimons
CLERK MAGISTRATE COURT

FYR SFR Borrower, LLC
P.O. Box 451027
Atlanta, GA 31145
**PLAINTIFF'S NAME, ADDRESS & PHONE NO.**

VS.
Samantha Hannah Hardy, Sean Corey Arnold, Charles Freeman, and All Other Occupants
10180 Foxfire Ter
Jonesboro, GA 30238
**DEFENDANT'S NAME & ADDRESS**

2025CM21079

Matthew Totten   798589
2090 Dunwoody Club Dr., Ste 106-33
Dunwoody, GA 30350   (404) 692-9530
**PLAINTIFF'S ATTY. NAME, ADDRESS & PHONE**

1. Defendant is in possession as tenant of premises at the address in Clayton County as stated.
2. Affiant is the ( ) Owner.   ( ) Attorney.   (X) Agent.   ( ) Lessee of the owner of said premises.
3. Tenant: (X) fails to pay the rent which is now past due.
    ( ) holds the premises over and beyond the term for which they were rented or leased to him.
    ( ) other grounds: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

   WHEREFORE, Plaintiff DEMANDS:
   (a) possession of the premises.
   (b) past due rent of $ 1,805.26       for the month(s) of JUL, AUG
   (c) rent accruing up to the date of judgment or vacancy at the rate of $ 30: 53.00 \ 31: 51.29   per Month
   (d) other: $129.00 Court + $250.00 Late Fees + $1,105.96 Other Fees

Sworn to and subscribed on 27th   August  , 20 25

/s/ Giovanni Santizo
**Signature of Affiant**
Giovanni Santizo
**Name of Affiant (Print or Type)**
(833) 774-7377
**Phone Number/ Email Address**

Witness the Honorable Chief Judge Keisha Wright Hill of said Court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. §44-7-50 and summons issued pursuant thereto.

_____
Magistrate/Deputy Clerk/ Notary Public

## SUMMONS

TO THE SHERIFF OF CLAYTON COUNTY or his lawful deputies.
**GREETINGS:** The Defendant must file either an oral or written Answer at the Clerk of Magistrate Court of Clayton County between 8:30 A.M. and 5:00 P.M. or electronically at http://www.odysseyefilega.com (convenience fee applies) **within seven (7) days from the date of the actual service** unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next business day. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53.
This ____ day of _____, 20 ____     Zaria Wooden 8/27/2025 5:37 PM DEPUTY CLERK

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### ENTRY OF SERVICE (Sheriff/Process Server)
I have served the foregoing affidavit & summons on the Defendant(s) by delivering a copy of same: ( ) Personally  ( ) Notoriously (name) _____ (√) By posting a copy to the door of the premises & depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant(s) to answer at the hour & place in said summons.
DATE OF SERVICE _____
DEPUTY SHERIFF/PROCESS SERVER: Print Name __N Daniel__
                                 Signature _____

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### WRIT OF POSSESSION
You are hereby commanded to remove said defendant(s) property thereon from said premises and to deliver full and quiet possession of the same to the plaintiff herein; effective 1.) Instanter or 2.) Seven days from the date of judgment; or 3.) Pursuant to the terms of a consent judgment filed herewith.
This _____ day of _____, 20 _____       _____
                                                         Judge, Magistrate Court of Clayton County

Revised February 2025

ZW