IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FYR SFR Borrower, LLC**<br>    Plaintiff,<br>v.<br>**Samantha Hannah Hardy, Sean Corey Arnold** and **Charles Freeman** *and All Other Occupants*<br>    Defendants. | CIVIL ACTION<br>NO. 1:25-cv-5833-WMR |

### ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 3], which granted the Application for Leave to Proceed In Forma Pauperis for limited purposes and recommended that the case be remanded. No objection to the R&R has been filed.

**I.    LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R&R that is the subject of a proper objection. *Id*. As no timely objection has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 3], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, it is hereby **ORDERED** that this case be **REMANDED** to the Magistrate Court of Clayton County, Georgia. The Clerk of Court is directed to terminate this action.

IT IS SO ORDERED, this 15th day of December, 2025.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia