**Debbie Burkhalter**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Monday, December 15, 2025 3:10 PM |
| **To:** | Debbie Burkhalter |
| **Subject:** | Filing Submitted for Case: 2025CM21079; ; Envelope Number:  20225040 |

**CAUTION - EXTERNAL:**



# Filing Submitted

Envelope Number: 20225040
Case Number: 2025CM21079
Case Style:

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Clayton County |
| **Date/Time Submitted** | 12/15/2025 3:09 PM EST |
| **Filing Type** | Certificate Of Service |
| **Filing Description** | United States District Court Order of Remand |
| **Type of Filing** | EFile |
| **Filed By** | Debbie Burkhalter |
| **Filing Attorney** | Kevin Weimer |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br>Case Fees              $0.00<br>Certificate Of Service $0.00<br>Grand Total            $0.00 |
| **Total:**$0.00 |

| Document Details |
|---|

1

| Lead Document | 5833 record.pdf |
|---|---|
| Lead Document Page Count | 4 |
| File Copy | Download Document |
| This link is active for 90 days. ||

For technical assistance, contact your service provider



| | No Lawyer? Start Here |
|---|---|
| Need Help? Help | Visit: https://georgia.tylertech.cloud/ofsweb |
| | Email:efiling.support@tylertech.com |

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.